### 62123. HAMPTON v. GWINNETT BANK & TRUST COMPANY.

POPE, Judge.

The judgment of the trial court is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Quillian, C. J., and McMurray, P. J., concur.*

DECIDED OCTOBER 6, 1981.

C. W. Hampton, *pro se.*

*William J. Porter, Jr.,* for appellee.